1  BRAD D. BRIAN (State Bar No. 79001)
     brad.brian@mto.com
2  TERRY E. SANCHEZ (State Bar No. 101318)
     terry.sanchez@mto.com
3  TINA CHAROENPONG (State Bar No. 242024)
     tina.charoenpong@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
6  Telephone:  (213) 683-9100
   Facsimile:  (213) 687-3702
7

8  Attorneys for Defendant
   RAYTHEON COMPANY
9

10                UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13 AARON TRIBBLE,                    CASE NO:  CV 07-3058 (JFW)(SHx)

14         Plaintiff,                **DEFENDANT'S NOTICE OF LODGING OF DEPOSITION**
15     vs.                           **TRANSCRIPTS IN SUPPORT OF MOTION FOR SUMMARY**
16 RAYTHEON COMPANY,                 **JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY**
17         Defendant.                **ADJUDICATION OF ISSUES**

18

19 TO PLAINTIFF AARON TRIBBLE AND HIS COUNSEL OF RECORD:

20         PLEASE TAKE NOTICE that Defendant Raytheon Company, through

21 its counsel, in connection with its Motion For Summary Judgment or in the

22 alternative, Summary Adjudication of Issues hereby lodges with the Court the

23 following deposition transcripts:

24         1.   The original deposition transcript of Mostyn Gale taken on July
25 9, 2009.
26         2.   The original deposition transcript of Mary Jacquemine Heidt
27 taken on July 9, 2009.
28

8643685.1                                      NOTICE OF LODGING OF DEPOSITION
                                                                    TRANSCRIPTS

1      3.     A certified copy of the deposition transcript of Aaron Tribble, Vol. 1., taken on May 21, 2009, with correspondence from Marvin Krakow dated July 2, 2009 attaching changes to the deposition transcript.

    4.     A certified copy of the deposition transcript of Aaron Tribble, Vol. 2, taken on June 9, 2009.

DATED: August 27, 2009

    MUNGER, TOLLES & OLSON LLP
    BRAD D. BRIAN
    TERRY E. SANCHEZ
    TINA CHAROENPONG

By _____
    TINA CHAROENPONG
    Attorneys for Defendant
    RAYTHEON COMPANY