BRAD D. BRIAN (State Bar No. 79001)
 *brad.brian@mto.com*
TERRY E. SANCHEZ (State Bar No. 101318)
 *terry.sanchez@mto.com*
TINA CHAROENPONG (State Bar No. 242024)
 *tina.charoenpong@mto.com*
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant
RAYTHEON COMPANY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON TRIBBLE,<br><br>         Plaintiff,<br><br>    vs.<br><br>RAYTHEON COMPANY,<br><br>         Defendant. | CASE NO:  CV 07-3058 (JFW)(SHx)<br><br>**DEFENDANT'S NOTICE OF ERRATA** |

Document No. 65, filed on September 4, 2009, is an incorrect document.  The correct document is Document No. 69.

DATED: September 8, 2009

MUNGER, TOLLES & OLSON LLP
BRAD D. BRIAN
TERRY E. SANCHEZ
TINA CHAROENPONG

By _____
TINA CHAROENPONG
Attorneys for Defendant
RAYTHEON COMPANY

8756548.1

NOTICE OF ERRATA