UNITED STATES DISTRICT COURT                    **PRIORITY SEND**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 07-3058-JFW (SHx)**                            Date: September 10, 2009

Title:    Aaron Tribble -v- Raytheon Company

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
             None                                                          None

**PROCEEDINGS (IN CHAMBERS):**    ORDER TAKING UNDER SUBMISSION DEFENDANT RAYTHEON COMPANY'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES [filed 8/7/2009; Docket No. 50]


Defendant Raytheon Company's Motion for Summary Judgment Or, in the Alternative, Summary Adjudication of Issues is currently on calendar for September 14, 2009 at 1:30 p.m. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for September 14, 2009 is hereby vacated and the matter is taken off calendar. The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.


IT IS SO ORDERED.