```
 1
 2                                                              JS-6
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  Aaron Tribble,              )  Case No. CV 07-3058-JFW (SHx)
                                )
12             Plaintiff,       )  JUDGMENT
                                )
13       v.                     )
                                )
14  Raytheon Company,           )
                                )
15             Defendant.       )
    _____ )
16
17       The Court, having granted Defendant Raytheon Company's
18  motion for summary judgment based on its determination that
19  there was no genuine issue as to any material fact and that
20  Defendant Raytheon Company was entitled to judgment as a
21  matter of law on all claims for relief alleged against it,
22       IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
23  DECREED, that judgment is entered in this action as follows:
24       1.  Plaintiff Aaron Tribble shall recover nothing from
25  Defendant Raytheon Company;
26       2.  Defendant Raytheon Company shall have judgment in its
27  favor on Plaintiff Aaron Tribble's entire action; and
28
```

    3.   Defendant Raytheon Company shall recover from Plaintiff Aaron Tribble its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: September 23, 2009

                             JOHN F. WALTER
                             UNITED STATES DISTRICT JUDGE