**ALEXANDER KRAKOW + GLICK LLP**
Marvin E. Krakow (State Bar No. 81228)
*mkrakow@akgllp.com*
401 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
T: 310 394 0888 | F: 310 394 0811

Attorneys for Plaintiff
AARON TRIBBLE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON TRIBBLE, | CASE NO. CV 07-3058 (JFW)(SHx) |
| Plaintiff and Appellant, | PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT |
| vs. | |
| RAYTHEON COMPANY, | |
| Defendant and Appellee. | |

Aaron Tribble, the plaintiff and appellant in this case, appeals to the United States Court of Appeal for the Ninth Circuit from the final judgment of the district court, entered in this case on September 23, 2009, and all interlocutory orders that gave rise to that judgment, including but not limited to the Minute Order of the district court granting summary judgment to Defendant and Appellee Raytheon Company dated September 23, 2009.

Appellant is not aware of any pending related cases.

Pursuant to Circuit Rule 3-2(b), Appellant's Representantion

1 | Statement is attached to this Notice of Appeal.

3 | DATED: October 7, 2009        ALEXANDER KRAKOW + GLICK LLP

*[signature]*

Marvin E. Krakow
Attorneys for Plaintiff
AARON TRIBBLE

**PROOF OF SERVICE**

I, Clara Lee, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 Wilshire Boulevard, Suite 1000, Santa Monica, California 90401.

On October 8, 2009, I served the foregoing document described as PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT on the parties in this action as follows:

*Attorneys for Defendant:*

Brad D. Brian, Esq.
Terry E. Sanchez, Esq.
Tina Charoepong, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel: 213-683-9100
Fax: 213-687-3702

X    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

BY HAND DELIVERY to the office of the above-listed addressee.

[State] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X    [Federal] I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2009, at Santa Monica, California.

CLARA LEE            /s/ Clara Lee

3

PLAINTIFF'S NOTICE OF APPEAL

**ALEXANDER KRAKOW + GLICK LLP**
Marvin E. Krakow (State Bar No. 81228)
mkrakow@akgllp.com
401 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
T: 310 394 0888 | F: 310 394 0811

Attorneys for Plaintiff
AARON TRIBBLE

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| AARON TRIBBLE, | CASE NO. |
| Appellant, | DISTRICT COURT CASE NO. CV 07-3058 (JFW)(SHx) (C. D. Cal., Los Angeles) |
| vs. | |
| RAYTHEON COMPANY, | APPELLANT'S REPRESENTATION STATEMENT FRAP 12(b); 9th Circuit Rule 3-2 |
| Appellee. | |

The undersigned represents Aaron Tribble, plaintiff and appellant in this matter, and no other party. He is represented by counsel identified in the caption above. Defendant and Appellee Raytheon Company is represented by

    Brad D. Brian, Esq.
    Terry E. Sanchez, Esq.
    Tina Charoepong, Esq.
    Munger, Tolles & Olson LLP
    355 South Grand Avenue, 35th Floor
    Los Angeles, CA 90071-1560

APPELLANT'S REPRESENTATION STATEMENT

Tel: 213-683-9100
Fax: 213-687-3702

October 8, 2009                     ALEXANDER KRAKOW + GLICK LLP

_____
Marvin E. Krakow
Attorneys for Appellant\Plaintiff
AARON TRIBBLE

2

## PROOF OF SERVICE

I, Clara Lee, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 401 Wilshire Boulevard, Suite 1000, Santa Monica, California 90401.

On October 8, 2009, I served the foregoing document described as APPELLANT'S REPRESENTATION STATEMENT on the parties in this action as follows:

*Attorneys for Appellee and Defendant Raytheon Company:*

Brad D. Brian, Esq.
Terry E. Sanchez, Esq.
Tina Charoepong, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel: 213-683-9100
Fax: 213-687-3702

X   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

BY HAND DELIVERY to the office of the above-listed addressee.

[State] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X   [Federal] I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2009, at Santa Monica, California.

CLARA LEE   /s/ Clara Lee

3

APPELLANT'S REPRESENTATION STATEMENT